1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ERNEST MEDINA,

11              Plaintiff,                    No.  2:12-cv-1773 DAD P

12         vs.

13   RODORS, et al.,

14              Defendants.              ORDER

15   _____/

16         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983.  In his complaint, plaintiff alleges violations of his civil rights by

18   defendants.  The alleged violations took place in Kern County, which is part of the Fresno

19   Division of the United States District Court for the Eastern District of California.  See Local Rule

20   120(d).

21         Pursuant to Local Rule 120(f), a civil action which has not been commenced in

22   the proper division of a court may, on the court's own motion, be transferred to the proper

23   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24   court.

25   /////

26   /////

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1.  This action is transferred to the United States District Court for the Eastern

3    District of California sitting in Fresno; and

4    2.  All future filings shall reference the new Fresno case number assigned and

5    shall be filed at:

6    United States District Court
     Eastern District of California
7    2500 Tulare Street
     Fresno, CA 93721

8

9    DATED: July 12, 2012.

10

11   _____

12   DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

13

14   DAD:mp
     medi1773.22

15

16

17

18

19

20

21

22

23

24

25

26

2