1
2
3
4
5
6
7
8        IN THE UNITED STATES DISTRICT COURT
9        FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| **ERNEST MEDINA,** | Case No. 1:12-cv-01143 JLT (PC) |
|---|---|
| **Plaintiff,** | **ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA APUPERIS OR PAY FILING FEE WITHIN 30 DAYS** |
| **v.** | |
| **RODORS, et al.,** | |
| **Defendants.** | |

   Plaintiff has not paid the $350.00 filing fee nor submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

   Accordingly, it is HEREBY ORDERED that:

   1.   Within thirty (30) days of the date of service of this order, Plaintiff shall either: (1) pay the $350.00 filing fee for this action; or (2) submit the attached application to proceed in forma pauperis, competed and signed, along with a certified copy of his/her prison trust account statement for the six month period immediately preceding the filing of the complaint.

   2.   The Clerk of the Court is directed to send Plaintiff this district's application to proceed in forma pauperis.

///
///
///

3. Plaintiff is advised that requests for extensions of time will not be granted without a showing of good cause. Plaintiff is also cautioned that failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **July 19, 2012**                               **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE