IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MEDINA,<br><br>        Plaintiff,<br><br>vs.<br><br>RODORS, et al,<br><br>        Defendants. | Case No. 1:12-cv-01143 JLT (PC)<br><br>**ORDER GRANTING PLAITNIFF'S MOTION TO DISMISS THE ACTION**<br><br>**(Doc. 10)** |

On September 7, 2012, Plaintiff filed a motion requesting the Court dismiss his action. (Doc. 10) The motion reads,

> In the above entitled action, hereby move the court to grant petitioners motion to voluntary dismiss 42 USC 1983 civil rights action against Rodors, et al on the following grounds
>
> 1. I filed a 42 USC 1983 action against Donny Youngblood et al, Sheriffs Deputy Rodors and Sheriffs Deputy Hayes were included.
> 2.

Thus, it appears that Plaintiff recognizes that he may maintain only one action addressing the same defendants for the same actions and seeks to pursue only one. Therefore, pursuant to Fed. R. Civ. P. 41(A)(i), the court **GRANTS** Plaintiff's request.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The action is **DISMISSED** without prejudice; and

2. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:  **September 10, 2012**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE